**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 25- 1002

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate Case No. E2220551 (Class A)** |
| **v.** | |
| **GREGORY R. BOOTHE** | **COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **24th day of October 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**GREGORY R. BOOTHE** did commit:

Possession of firearms and dangerous weapons in Federal facilities in violation of 18 U.S.C 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 2ND DAY OF JANUARY 2025.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

1/2/25 NK 3/6/25

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 24 October, 20 24 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

Subject Knowingly passed a Firearm on a Federal Facility, specifically by attempting to gain entry onto JBMDL through the Fort Dix Commercial Gate.

CVB SCAN 11/20/2024 10:34

The foregoing statement is based upon:

- [ ] my personal observation
- [ ] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/24/24 Piles Lauer 68188
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident